UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JENS TRABERT,                                     )        2:09-CV-00772-PMP-LRL
                                                  )
            Petitioner,                           )
                                                  )          **ORDER**
vs.                                               )
                                                  )
SANDRA ALICIA                                     )
VAZQUEZ-ESPARZA                                   )
                                                  )
            Respondent.                           )
                                                  )
_____ )

          Before the Court for consideration is Respondent's Motion to Dismiss on
Grounds of Forum Non-Conveniens (Doc. #34), filed on July 6, 2010.  Not
withstanding notification of her obligation to do so (Doc. #35), Petitioner has failed
to file a response to Respondent's motion.  As a result, Petitioner consents to the
granting of Respondent's motion to dismiss.

          **IT IS THEREFORE ORDERED that** Respondent Sandra Alicia
Vazquez-Esparza's Motion to Dismiss on Grounds of Forum Non-Conveniens (Doc.
#34) is **GRANTED**.

DATED:  August 4, 2010.

_____
PHILIP M. PRO
United States District Judge